WILLIAM M. AUDET (SBN 117456)
LING Y. KUANG (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness Ave., Suite 500,
San Francisco, CA 94102-3275
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL KEITER and HANNAH OWENS, individually and on behalf of others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> JUMPSTART GAMES, INC. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:23-cv-01545-SPG-SK <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 05/08/2023 | /s/ William Audet |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**